[No. 26804-0-I.    Division One.    July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY
THOMAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02050-5, James A. Noe, J., entered August
23, 1990. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Grosse, C.J., and Forrest, J.

[No. 27216-1-I.    Division One.    July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JOHN
AHLQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 8656, Dennis J. Britt, J. Pro Tem.,
entered September 25, 1990. *Affirmed* by unpublished opin-
ion per Webster, A.C.J., concurred in by Pekelis and
Kennedy, JJ. Now published at 67 Wn. App. 442.

[No. 26897-0-I.    Division One.    July 27, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. HAI DINH
HUYNH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00444-5, John M. Darrah, J., entered
December 4, 1990. *Reversed* by unpublished opinion per
Baker, J., concurred in by Scholfield and Pekelis, JJ.

[No. 25538-0-I.    Division One.    July 27, 1992.]

*In the Matter of the Personal Restraint of*
CHESTER GRAYS, JR., *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Scholfield, J., concurred in by
Pekelis and Baker, JJ.